# UNITED STATES DISTRICT COURT
## Western District of Virginia
1101 Court Street, Room A66
Lynchburg, Virginia 24504

**JULIA C. DUDLEY**
**CLERK**
**(434) 847-5722**

July 14, 2015

All Counsel of Record by E-Mail

    Re: <u>James B. Feinman and Laura Feinman v. Toyota Motor Sales, U.S.A., Inc.</u>
        Civil Action No. 6:15-cv-00019

Dear Counsel:

    This case has been assigned to District Judge Elizabeth K. Dillon and will be given a trial date in approximately nine months, unless an earlier date is requested by the parties.

    Please confer among yourselves regarding available dates and, within a week from the date of this letter, one attorney should contact Judge Dillon's judicial assistant, Miriam Frazier (at (540) 857-5120 or MiriamF@vawd.uscourts.gov) to set a specific trial date. If no response is received, we will assume that any date chosen in approximately nine months will be acceptable.

    Based on the trial date that is chosen, a scheduling order shall be entered establishing pretrial deadlines and making other provisions for the development of this case. The deadline for completion of discovery will be ninety-five (95) days prior to trial, the deadline to file dispositive motions will be eighty (80) days prior to trial, and the deadline for hearing dispositive motions will be forty-five (45) days prior to trial.

    Any hearings on non-dispositive motions, including motions concerning discovery, will be scheduled and heard by Magistrate Judge Robert S. Ballou. Please contact his chambers at (540) 857-5158 for a hearing date. Hearings on dispositive motions, such as motions to dismiss or for summary judgment, will be scheduled by Miriam Frazier. Please contact her at the above number or email address.

                                                                Very truly yours,

                                                                s/ Carmen Amos
                                                                   Deputy Clerk

cc: All Counsel
    Miriam Frazier
    Law Clerk
    File